IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARLYN WEBB and**
**PAULINE SANCHEZ,**

      **Plaintiffs,**

v.     No. CIV 08-0411 MV/LAM

**MICHAEL PADILLA, et al.,**

      **Defendants.**

### ORDER DENYING, AS MOOT, PLAINTIFFS' MOTION FOR LIMITED EXTENSION OF DISCOVERY (*Doc. 82*)

**THIS MATTER** comes before the Court on Plaintiffs' *Motion for Limited Extension of Discovery* (*Doc. 82*), filed on January 26, 2009. Defendants failed to file a response in opposition to the motion within the time prescribed for doing so which constitutes consent to grant the motion pursuant to D. N.M. LR-Civ. 7.1(b). Having considered the motion, the arguments of counsel at a hearing on the motion held on April 1, 2009, the record of this case and relevant law, the Court **FINDS** that the motion should be **DENIED**, as moot, because the issues raised by the motion have been resolved by the Court in an order setting new pretrial deadlines in this case. *See Order Granting in Part and Denying in Part, as Moot, Plaintiffs' Motion to Modify All Deadlines Set Forth in the Scheduling Order and for Scheduling Conference (Doc. 113)* (*Doc. 134*).

    **IT IS THEREFORE ORDERED** that Plaintiffs' *Motion for Limited Extension of Discovery* (*Doc. 82*) is **DENIED**, **as moot**.

IT IS SO ORDERED.

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**