IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARLYN WEBB and**
**PAULINE SANCHEZ,**

      **Plaintiffs,**

**v.**                                                  **No. CIV 08-0411 MV/LAM**

**MICHAEL PADILLA, et al.,**

      **Defendants.**

**ORDER DENYING, AS MOOT, PLAINTIFFS'**
**MOTION TO EXTEND TIME FOR CERTAIN DISCOVERY (*Doc. 90*)**

      **THIS MATTER** comes before the Court on Plaintiffs' *Motion to Extend Time for Certain Discovery* (*Doc. 90*), filed on February 13, 2009.  Having considered the motion, Defendants City, Schultz and Chavez' response to the motion (*Doc. 91*), Plaintiffs' reply in support of the motion (*Doc. 106*), the arguments of counsel at a hearing on the motion held on April 1, 2009, the record of this case and relevant law, the Court **FINDS** that the motion should be **DENIED**, as moot, because the issues raised by the motion have been resolved by the Court in an order setting new pretrial deadlines in this case.  *See Order Granting in Part and Denying in Part, as Moot, Plaintiffs' Motion to Modify All Deadlines Set Forth in the Scheduling Order and For Scheduling Conference (Doc. 113)* (*Doc. 134*).

      **IT IS THEREFORE ORDERED** that Plaintiffs' *Motion to Extend Time for Certain Discovery* (*Doc. 90*) is **DENIED, as moot**.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**